UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20280-CIV-ALTONAGA/White

**JOSEPH WILLIAMS**,

      Petitioner,
vs.

**UNITED STATES OF AMERICA**,

      Respondent.
_____/

### ORDER DENYING CERTIFICATE OF APPEALABILITY

**THIS CAUSE** came before the Court on Petitioner, Joseph Williams' ("Petitioner['s]") Notice of Appeal [D.E. 27], which is construed as a Motion for Certificate of Appealability, docketed on November 20, 2007.

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken from a final order in a proceeding brought under 28 U.S.C. § 2255 unless a Certificate of Appealability is issued. The certificate must contain a finding that the applicant has made a substantial showing of the denial of a constitutional right and must indicate the specific issue or issues that satisfy the required showing. "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When a district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, the prisoner must also show that jurists of reason would find it debatable whether the district court was correct in its procedural ruling. *Id*.

After careful consideration of the record in this case, the Court concludes that Petitioner has failed

Case No. 07-20280-CIV-ALTONAGA/White

to make such a showing.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner, Joseph Williams' Motion for Certificate of Appealability [D.E. 27] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of November, 2007

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   (1)   Magistrate Judge Patrick A. White
      (2)   counsel of record
      (3)   Petitioner, Joseph Williams, *pro se*
            United States Penitentiary
            P.O. Box 305
            Jonesville, VA 24263-0305